BUCHALTER
A Professional Corporation
VINCENT R. WHITTAKER (SBN:  214007)
MICHELLE K. MEEK (SBN: 259993)
SKYE L. DALEY (SBN: 284592)
655 West Broadway, Suite 1600
San Diego, CA  92101
Telephone: 619.219.5335
Email:  vwhittaker@buchalter.com

Attorneys for Plaintiffs
Sarah Gagan, Claire Gagan and Halo's Heart, LLC,

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH GAGAN, an individual, CLAIRE GAGAN, an individual, and HALO'S HEART, LLC, a California Limited Liability Company <br><br> Plaintiffs, <br><br> vs. <br><br> MARC ANTOINE GAGNON, an individual, MEGGIE ROY, an individual, MARIEVE SIMARD, an individual, ALAIN POIRIER, an individual, and DOES 1-280, inclusive, <br><br> Defendants. | Case No. 5:22-cv-00680-JWH-SP <br><br> **PROOF OF SERVICE OF STANDING ORDER** |

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

_____
PROOF OF SERVICE

**PROOF OF SERVICE**

**SARAH GAGAN, ET AL. v. MARC ANTOINE GAGNON, ET AL.**
**CASE NO. 5:22-CV-00680-JWH-SP**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at BUCHALTER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine CA  92612.

On the date set forth below, I served the foregoing document described as:

**STANDING ORDER**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope and/or as follows:

Brian Harnik
Mary Gilstrap
Andrew G. Montez
Roemer & Harnik LLP
45-025 Manitou Drive
Indian Wells, CA  92210

Attorneys for Defendants
Marc Antoine Gagnon
Meggie Roy

☒	**BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope.  The envelope was placed for deposit in the United States Postal Service at Buchalter in Irvine, California on May 13, 2022.  The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☐	**BY OVERNIGHT DELIVERY**   On May 13, 2022, I placed the Federal Express/GSO Overnite Express package for overnight delivery in a box or location regularly maintained by Federal Express/GSO Overnite Express at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/GSO Overnite Express to receive documents. The package was placed in a sealed envelope or package designated by Federal Express/GSO Overnite Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 70481688v1

☐     **BY PERSONAL DELIVERY**    On May 13, 2022, the messenger/courier service was provided with instructions that the envelope or package be personally served on the addressee(s) by same day delivery (C.C.P. §1011).

☐     **BY EMAIL**  On May 13, 2022, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown herein, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

☐     **BY ECF**  On May 13, 2022, I filed the above-referenced document(s) electronically through the CM/ECF system, causing the document(s) to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

☐     **BY ELECTRONIC FILING AND ELECTRONIC SERVICE VIA FIRST LEGAL/ONE LEGAL**  On May 13, 2022, via electronic transmission to First Legal/One Legal for e-filing and e-service via the Internet as a scanned image of the document by electronically uploading a true copy thereof.

☒     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on **May 13, 2022,** at Irvine, California.

Susie Lamarr                                                 *Susie Lamarr*

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 70481688v1