| Attorney or Party without Attorney:<br>MICHELLE K. MEEK, ESQ. (SBN 259993)<br>BUCHALTER, A Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612<br>Telephone No: 949-760-1121<br>Attorney For: Plaintiffs Sarah Gagan, Claire Gagan and Halo's Heart, LLC | | | Ref. No. or File No.:<br>H25140-0002 | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | | | | |
| Plaintiff: SARAH GAGAN, ET AL.<br>Defendant: MARC ANTOINE GAGNON, ET AL. | | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:22-cv-00680-JWH (SPx) | |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; COMPLAINT ; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

3. *a. Party served:* ALAIN POIRIER, an individual

4. *Address where the party was served:* 72646 Bel Air Rd, Palm Desert, CA 92260

5. *I served the party:*
   a. **by substituted service.** On: Fri, Apr 22 2022 at: 05:48 PM by leaving the copies with or in the presence of:
   Meggie Roy, Occupant / Served under F.R.C.P. Rule 4.

   (1) [X] **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [ ] **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] **(Declaration of Mailing)** is attached.
   (4) [ ] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney:<br>MICHELLE K. MEEK, ESQ. (SBN 259993)<br>BUCHALTER, A Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612<br>Telephone No: 949-760-1121<br><br>Attorney For: Plaintiffs Sarah Gagan, Claire Gagan and Halo's Heart, LLC | Ref. No. or File No.:<br>H25140-0002 | | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: SARAH GAGAN, ET AL.<br>Defendant: MARC ANTOINE GAGNON, ET AL. | | | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:22-cv-00680-JWH (SPx) |

6. **Person Who Served Papers:**
   a. Lyndsey Warn (#1975, Riverside)
   b. FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. *The Fee* for Service was: $74.80
   e. I am: A Registered California Process Server

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

05/13/2022

(Date)        (Signature)



PROOF OF SERVICE

7087722
(11775508)
Page 2 of 2

| Attorney or Party without Attorney:<br>MICHELLE K. MEEK, ESQ. (SBN 259993)<br>BUCHALTER, A Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612<br>Telephone No: 949-760-1121 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For: Plaintiffs Sarah Gagan, Claire Gagan and Halo's Heart, LLC | Ref. No. or File No.:<br>H25140-0002 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: SARAH GAGAN, ET AL.<br>Defendant: MARC ANTOINE GAGNON, ET AL. | | | | |
| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:22-cv-00680-JWH (SPx) |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; COMPLAINT ; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Mon, Apr 25, 2022
   b. Place of Mailing: SANTA ANA, CA 92701
   c. Addressed as follows: ALAIN POIRIER, an individual
      72646 Bel Air Rd, Palm Desert, CA 92260

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon, Apr 25, 2022 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. DAVID LEDESMA (2891, Orange County)
   b. **FIRST LEGAL**
      600 W. Santa Ana Boulevard, Suite 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. **The Fee for Service was: $74.80**
   e. I am: Not a Registered California Process Server

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

05/13/2022                         David Ledesma
(Date)                              (Signature)



Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
BY MAIL

7087722
(11775508)