1  BRIAN S. HARNIK, ESQ. (SBN 135724)
   MARY E. GILSTRAP, ESQ. (SBN 150941)
2  ANDREW G. MONTEZ, ESQ. (SBN 324188)
   **ROEMER & HARNIK LLP**
3  45-025 Manitou Drive
   Indian Wells, California 92210
4  Telephone (760) 360-2400
   Facsimile (760) 360-1211
5  email: bharnik@rhlawfirm.com

6  ATTORNEYS FOR:
   Marc Antoine Gagnon and Meggie Roy
7

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF RIVERSIDE

| | |
|---|---|
| SARAH GAGAN, an individual, CLAIRE GAGAN, an individual, HALO'S HEART, LLC, a California Limited Liability Company | **Case No.:** 5:22-cv-00680-JWH-SPx |
| Plaintiff, | **ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| MARC ANTOINE GAGNON, an individual, MEGGIE ROY, an individual, MARIEVE SIMARD, an individual, ALAIN POIRIER, an individual, and DOES 1-280, inclusive, | Complaint served: April 22, 2022
Current response date: May 13, 2022
New response date: June 3, 2022 |
| Defendants. | |

Pursuant to a stipulation amongst the parties, through their respective counsel of record, Defendants Marc Antoine Gagnon and Meggie Roy seek an order from the Court for a three-week extension of time to respond to the Complaint on file in this matter. The parties have stipulated, through their counsel, that the Court may make and enter an order extending the time of Defendants Marc Antoine Gagnon and Meggie Roy to answer or otherwise respond to the complaint from May 13, 2022 to June 3, 2022.

IT IS SO ORDERED.

Dated: May 19, 2022

_____
John W. Holcomb
UNITED STATES DISTRICT COURT JUDGE