Brian S. Harnik, Esq. (SBN 135724)
Mary E. Gilstrap, Esq. (SBN 150941)
Andrew G. Montez, Esq. (SBN 324188)
**Roemer & Harnik LLP**
45-025 Manitou Drive
Indian Wells, California 92210
Telephone (760) 360-2400
Facsimile (760) 360-1211
email: mgilstrap@rhlawfirm.com

Attorneys for:
Marc Antoine Gagnon and Meggie Roy

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH GAGAN, an individual, CLAIRE GAGAN, an individual, HALO'S HEART, LLC, a California Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>MARC ANTOINE GAGNON, an individual, MEGGIE ROY, an individual, MARIEVE SIMARD, an individual, ALAIN POIRIER, an individual, and DOES 1-280, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-00680-JWH-SP<br><br>Hon. John W. Holcomb<br><br>**DEFENDANTS MARC ANTOINE GAGNON AND MEGGIE ROY'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO COMPLY WITH FED.R.CIV.P. RULE 9(b)**<br><br>**Hearing (Motion to Dismiss):**<br><br>Date:  July 8, 2022<br>Time:  9:00 a.m.<br>Ctrm:  9D, Ronald Reagan Federal Building and U.S. Courthouse<br><br>*[Memorandum of Points and Authorities and (Proposed) Order served concurrently herewith]* |

TO EACH PARTY AND THEIR ATTORNEY OF RECORD:

    PLEASE TAKE NOTICE that on July 8, 2022, at 9:00 a.m., or as soon thereafter as the matter can be heard, in courtroom 9D, of the above entitled Court, located at 411 West Fourth Street, Santa Ana, California 92701, Defendants Marc

Antoine Gagnon and Meggie Roy ("Defendants") will move this Court, pursuant to Federal Rule of Civil Procedure ("FRCP") 9(b), to dismiss the Complaint of Plaintiffs as each cause of action fails to comply with the heightened pleading requirements of FRCP 9(b) relating to fraud claims.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 1, 2022.

Defendants' Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, and the Proposed Order, served herewith, and the pleadings on file herein and upon such evidence as may be presented at the time of hearing.

## MOTION TO DISMISS

Defendants bring the present motion to dismiss on the following grounds:

1. Causes of Action 1 through 15 are grounded in claims of fraud. Such claims are special matters which must be pled with particularity under FRCP 9(b). Plaintiffs have not met this pleading requirement, in that they have failed to allege with specificity each act of fraud, and which defendant and plaintiff are implicated by such acts.

WHEREFORE, Defendants pray that its motion to dismiss the complaint on file herein be granted with leave to amend.

Dated: June 3, 2022

ROEMER & HARNIK, LLP
MARY E. GILSTRAP

By: *Mary E. Gilstrap*
Mary E. Gilstrap
Attorneys for Defendants
Marc Antoine Gagnon and
Meggie Roy

ROEMER & HARNIK LLP
45-025 MANITOU DRIVE
INDIAN WELLS, CALIFORNIA 92210