BRIAN S. HARNIK, ESQ. (SBN 135724)
MARY E. GILSTRAP, ESQ. (SBN 150941)
ANDREW G. MONTEZ, ESQ. (SBN 324188)
**ROEMER & HARNIK LLP**
45-025 Manitou Drive
Indian Wells, California 92210
Telephone (760) 360-2400
Facsimile (760) 360-1211
email: mgilstrap@rhlawfirm.com

ATTORNEYS FOR:
Marc Antoine Gagnon and Meggie Roy

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH GAGAN, an individual, CLAIRE GAGAN, an individual, HALO'S HEART, LLC, a California Limited Liability Company<br><br>Plaintiffs,<br><br>vs.<br><br>MARC ANTOINE GAGNON, an individual, MEGGIE ROY, an individual, MARIEVE SIMARD, an individual, ALAIN POIRIER, an individual, and DOES 1-280, inclusive,<br><br>Defendants. | **Case No.:** 5:22-cv-00680-JWH-SP<br><br>**Judge:** Hon. John W. Holcomb<br><br>[PROPOSED]<br><br>ORDER RE: DEFENDANTS MARC ANTOINE GAGNON AND MEGGIE ROY'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH RULE 9(b)<br><br>Date:   July 8, 2022<br>Time:   9:00 a.m.<br>Ctrm:   9D, Ronald Reagan Federal Building and U.S. Courthouse<br>Action Filed:  April 20, 2022 |

The motion of Defendants Marc Antoine Gagnon and Meggie Roy to dismiss the Complaint came on regularly for hearing in Courtroom 9d at the Ronald Reagan Federal Building, the Honorable John W. Holcomb, Judge Presiding. Plaintiffs Sarah Gagan, Claire Gagan and Halo's Heart LLC were represented by Vincent Whittaker of the law firm of Buchalter. Defendants Marc Antoine Gagnon and Meggie Roy were represented by Brian Harnik and Andrew Montez of Roemer & Harnik LLP.

After consideration of the documents filed in favor of and against the motion, and the arguments presented, the Court upon a finding of good cause hereby GRANTS the motion to dismiss with / without leave to amend.

IT IS SO ORDERED.

Dated: _____     _____
                                 United States District Court Judge