BUCHALTER
A Professional Corporation
VINCENT R. WHITTAKER (SBN: 214007)
SKYE L. DALEY (SBN: 284592)
MARISSA C. MARXEN (SBN: 300095)
655 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: 619.219.5335
Email: vwhittaker@buchalter.com
Email: sdaley@buchalter.com
Email: mgiacomelli@buchalter.com

Attorneys for Plaintiffs
Sarah Gagan, Claire Gagan and Halo's Heart, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH GAGAN, an individual, CLAIRE GAGAN, an individual, and HALO'S HEART, LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>MARC ANTOINE GAGNON, an individual; MEGGIE ROY, an individual,<br><br>Defendants. | Case No. 5:22-cv-00680-SSS-SP<br>Hon. Sunshine S. Sykes<br><br>**DECLARATION OF VINCENT R. WHITTAKER, ESQ. FILED IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[Filed Concurrently with Motion for Preliminary Injunction and [Proposed] Order]**<br><br>Date: January 13, 2023<br>Time: 2:00 PM<br>Dept: 2 |

## DECLARATION OF VINCENT R. WHITTAKER, ESQ.

I, VINCENT R. WHITTAKER, am an attorney duly licensed to practice law in the state of California. I am a Shareholder of Buchalter, counsel of record for Plaintiff HALO'S HEART, LLC. I make this declaration of my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

WHITTAKER DECL. IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
BN 73210155v1

-2-

1. This declaration is submitted in support of HALO'S HEART, LLC'S Motion for Preliminary Injunction in the above-entitled matter.

2. In the first quarter of 2022, I spoke with counsel for Defendants, Brian Harnik, over the phone. On that phone call, Mr. Harnik reassured me that no alterations had been made to the Palm Desert Property.

3. On May 5, 2022, I emailed Mr. Harnik's office and stated "Brian [Harnik] represented to me that no alterations have been made to the property. I would like an agreement for a visual inspection (sometime in May) and that the inspection can be videotaped." A true and correct copy of that email is attached as Exhibit "B" to the Declaration of Skye L. Daley filed concurrently herewith.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: November 21, 2022        _____
                                Vincent R. Whittaker, Declarant.