
BUCHALTER
A Professional Corporation
VINCENT R. WHITTAKER (SBN: 214007)
SKYE L. DALEY (SBN: 284592)
MARISSA C. MARXEN (SBN: 300095)
655 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: 619.219.5335
Email: vwhittaker@buchalter.com
Email: sdaley@buchalter.com
Email: mgiacomelli@buchalter.com

Attorneys for Plaintiffs
Sarah Gagan, Claire Gagan and Halo's Heart, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH GAGAN, an individual, CLAIRE GAGAN, an individual, and HALO'S HEART, LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>MARC ANTOINE GAGNON, an individual; MEGGIE ROY, an individual,<br><br>Defendants. | Case No. 5:22-cv-00680-SSS-SP<br>Hon. Sunshine S. Sykes<br><br>**[PROPOSED] ORDER ENJOINING DEFENDANTS MARC ANTOINE GAGNON AND MEGGIE ROY**<br><br>**[Filed Concurrently with Notice of Moition for Preliminary Injunction, Motion and Declarations in Support Thereof]**<br><br>Date:   January 13, 2023<br>Time:  2:00 PM<br>Dept:   2 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Halo's Heart, LLC's Motion for a Preliminary Injunction came on for regular hearing on January 13, 2023 at 2:00 p.m. Having considered the Memorandum of Points and Authorities in support thereof and the supporting declarations and evidence, as well as any oppositions, declarations and evidence in support thereof, the Plaintiff's reply brief and any oral arguments presented at the

time of hearing. Plaintiff's Motion for Preliminary Injunction is hereby GRANTED.

## FINDINGS OF FACT

Having reviewed Plaintiff Halo's Heart, LLC's Motion for a Preliminary Injunction, the Memorandum of Points and Authorities in support thereof and the supporting declarations and evidence, as well as any oppositions, declarations and evidence in support thereof, the Plaintiff's reply, and any oral arguments presented at the time of hearing it appears to the satisfaction of the Court that:

1. There is good cause to believe that Defendant Marc Antoine Gagnon and Meggie Roy are not in lawful possession of the Bel Air Home, are in violation of their lease related to the Bel Air Home, and are not authorized to continue to alter the Bel Air Home;
2. Plaintiff Halo's Heart is likely to prevail on the merits of this action;
3. There is good cause to believe that immediate and irreparable harm will result from Defendants' continued renovation and/or construction of the contested property absent entry of the injunction;
4. There is good cause to believe that the balance of equities tip in Plaintiff's favor;
5. Weighing the equities and considering the Plaintiff's likelihood of success in its causes of action, the Order is in the public interest.

## ORDER

**IT IS THEREFORE ORDERED** that Defendants Marc Antoine Gagnon and Meggie Roy, directly or through any corporation, partnership, subsidiary, or other device, their officers, agents, servants, representatives, employees and all persons or entities in active concert or participation with them, who receive actual notice of this Order by personal service or otherwise, are hereby enjoined and restrained from:

1. Altering or causing to alter, in any way, the real property located at 72646 Bel Air Road, Palm Desert, California 92260, Riverside County Assessor's

-3-

Parcel Number 628-181-002-0 (the "Palm Desert Property"), including, but not limited to, construction, renovation and/or remodeling of the Palm Desert Property;

2. Conducting any unpermitted work, or causing any unpermitted work upon the Palm Desert Property;

3. Seeking and/or obtaining permits from any governmental agency to conduct construction, alterations, renovations or remodeling of the Palm Desert Property.

**IT IS SO ORDERED.**

Date: January _____, 2023

_____

_____
The Hon. Sunshine S. Sykes
United States District Judge