BUCHALTER
A Professional Corporation
VINCENT R. WHITTAKER (SBN: 214007)
SKYE L. DALEY (SBN: 284592)
MARISSA C. MARXEN (SBN: 300095)
655 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: 619.219.5335
Email: vwhittaker@buchalter.com
Email: sdaley@buchalter.com
Email: mgiacomelli@buchalter.com

Attorneys for Plaintiffs
Sarah Gagan, Claire Gagan and Halo's Heart, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH GAGAN, an individual, CLAIRE GAGAN, an individual, and HALO'S HEART, LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>MARC ANTOINE GAGNON, an individual; MEGGIE ROY, an individual,<br><br>Defendants. | Case No. 5:22-cv-00680-SSS-SP<br>Hon. Sunshine S. Sykes<br><br>**PROOF OF SERVICE** |

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, A Professional Corporation, 655 West Broadway, Ste. 1600, San Diego, CA 92101.

On the date set forth below, I served the foregoing document described as:

1. PLAINTIFF HALO'S HEART, LLC'S NOTICE OF MOTION PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF.

2. DECLARATION OF SKYE L. DALEY, ESQ. FILED IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

3. DECLARATION OF VINCENT R. WHITTAKER, ESQ. FILED IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

4. DECLARATION OF SARAH GAGAN FILED IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

5. [PROPOSED] ORDER ENJOINING DEFENDANTS MARC ANTOINE GAGNON AND MEGGIE ROY

on all other parties and/or their attorney(s) of record to this action:

| | |
|---|---|
| Brian S. Harnick, Esq.<br>Mary E. Gilstrap, Esq..<br>Andrew G. Montez, Esq.<br>ROEMER & HARNIK LLP<br>45-025 Manitou Drive<br>Indian Wells, California 92210<br>Telephone (760) 360-2400<br>Facsimile (760) 360-1211<br><br>Emails:<br>bharnik@rhlawfirm.com<br>mgilstrap@rhlawfirm.com<br>amontez@rhlawfirm.com | Attorneys for Defendants/Cross-Complainant |

☒ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter in Irvine, California on November 21, 2022. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☐ **BY EMAIL** On November 17, 2022, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the

-3-

email address(es) shown herein, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

☒   **BY ECF**  On November 21, 2022, I filed the above-referenced document(s) electronically through the CM/ECF system, causing the document(s) to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

☒   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on November 21, 2022, at San Diego, California

_____
Lupe Felix