BUCHALTER
A Professional Corporation
VINCENT R. WHITTAKER (SBN: 214007)
Email: vwhittaker@buchalter.com
SKYE L. DALEY (SBN: 284592)
Email: sdaley@buchalter.com
CHANDRA A. ROAM (SBN: 323379)
Email: croam@buchalter.com
655 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: 619.219.5335

Attorneys for Plaintiffs and Counter Defendants
Sarah Gagan, Claire Gagan, and Halo's Heart, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH GAGAN, an individual, CLAIRE GAGAN, an individual, and HALO'S HEART, LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>MARC ANTOINE GAGNON, an individual; MEGGIE ROY, an individual,<br><br>Defendants.<br>_____<br>MARC ANTOINE GAGNON, an individual; MEGGIE ROY, an individual,<br><br>Counter Claimants,<br><br>v.<br><br>SARAH GAGAN, an individual, CLAIRE GAGAN, an individual, and HALO'S HEART, LLC, a California Limited Liability Company,<br><br>Counter Defendants. | Case No. 5:22-cv-00680-SSS-SP<br><br>Hon. Sunshine S. Sykes<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed: April 20, 2022 |

**TO THE COURTROOM DEPUTY CLERK FOR THE HONORABLE SUNSHINE S. SYKES:**

Pursuant to Local Rule 16-15.7, **PLEASE TAKE NOTICE THAT** all claims and counterclaims between Plaintiffs/Counter Defendants Sarah Gagan, Claire Gagan, and Halo's Heart, LLC and Defendants/Counterclaimants Marc Gagnon and Meggie Roy have been settled.

On December 20, 2023, the Parties executed a Settlement Term Sheet and are currently in the process of finalizing the long form written settlement agreement, which they intend to complete by January 19, 2024.

DATED: January 9, 2024

BUCHALTER
A Professional Corporation

By: *[signature]*
VINCENT R. WHITTAKER
SKYE L. DALEY
CHANDRA A. ROAM
Attorneys for Plaintiffs and Counter-Defendants Sarah Gagan, Claire Gagan, and Halo's Heart, LLC